IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DAVID MICHAEL HOSCHOUER,<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON POLICE DEPARTMENT,<br><br>Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS AMENDED COMPLAINT WITH PREJUDICE**<br><br>Case No. 2:22-cv-00265-JNP-CMR<br><br>District Judge Jill N. Parrish |

Magistrate Judge Cecilia M. Romero issued a Report and Recommendation that the court dismiss Plaintiff's action with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e), Fed. R. Civ. P. 12, and DUCivR 3-2. ECF No. 26. Judge Romero notified Plaintiff that a failure to file a timely objection to the recommendation could waive any objections to it. No objection was filed within the allotted time.

Because no party objected to the Report and Recommendation, any argument that it was in error has been waived. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). The court will decline to apply the waiver rule only if "the interests of justice so dictate." *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). In determining whether the interests of justice require an exception to the waiver rule, the Tenth Circuit has "considered factors such as 'a *pro se* litigant's effort to comply, the force and plausibility of the explanation for his failure to comply, and the importance of the issues raised.'" *Duffield v. Jackson*, 545 F.3d 1234, 1238 (10th Cir. 2008). In this case, there is no indication that the interests of justice require the

court to deviate from the waiver rule. Thus, the court finds that all objections are waived and ADOPTS IN FULL the Report and Recommendation.

Accordingly, the court ORDERS as follows:

1. The Report and Recommendation, ECF No. 26, is ADOPTED IN FULL.

2. The court DISMISSES this action with prejudice.

Signed March 21, 2025

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge